AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| EDGAR LARIOS-MARTINEZ | CASE NUMBER: 08 CR 1421-H |

I, __EDGAR LARIOS-MARTINEZ__, the above named defendant, who is accused of committing the following offense:

>Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/6/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.



FILED
MAY - 6 2008
CLERK,
SOUTHERN
BY

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER